UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA LECEA,

       Plaintiff,

vs.

       Case No.16-CV-10906
       HON. GEORGE CARAM STEEH
       MAG. JUDGE MONA MAJZOUB

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [DOC. 20]

This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Maria Lecea's claim for judicial review of defendant Commissioner of Social Security's ("Commissioner") decision that she is not disabled, and denying her application for disabled widow's insurance benefits and supplemental security income. Magistrate Judge Majzoub issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied, defendant's motion for summary judgment be granted, and the Commissioner's non-disability finding be affirmed.

The court has reviewed the file, record, and magistrate judge's report

and recommendation. Objections to that report have not been filed by either party and the time period for doing so has expired. The failure to file objections to a report and recommendation generally constitutes a waiver of the right to appeal the judgment of the district court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Alspaugh v. McConnell*, 643 F.3d 162, 166 (6th Cir. 2011). Accordingly,

IT IS HEREBY ORDERED that the court ACCEPTS and ADOPTS the magistrate judge's report and recommendation (Doc. 20).

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (Doc. 14) is DENIED and the Commissioner's motion for summary judgment (Doc. 17) is GRANTED for the reasons set forth in the report and recommendation.

IT IS FURTHER ORDERED that the Commissioner's non-disability finding is AFFIRMED.

Dated: March 9, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 9, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk